UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

DANIEL MCCORMACK, ESQ,
403 SOUTH WHITE HORSE PIKE
AUDUBON, NJ 08106
(856) 546-3999
DM2063
ATTORNEY FOR DEBTOR

**Order Filed on March 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:                                            CASE NO. 15-23470

KELLY A. DIMATTEO AND
GAETANO M. DIMATTEO                               CHAPTER 13

                                                  JUDGE POSLUSNY

ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

THE RELIEF SET FORTH ON THE FOLLOWING PAGES, NUMBERED TWO (2) THROUGH _____ IS HEREBY ORDERED.

**DATED: March 27, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered and no objections having been raised, it is:

ORDERED that Daniel McCcormack , Esq., the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00.  The allowance shall be payable:

__X__   throught the Chapter 13 plan as an administrative priority.

_____   outside the plan.

The debtor's monthly plan is modified to require a payment of $367.22  per month for 40 months to allow for payment of the aforesaid fee.