UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

DANIEL MCCORMACK, ESQ,
403 SOUTH WHITE HORSE PIKE
AUDUBON, NJ 08106
(856) 546-3999
DM2063
ATTORNEY FOR DEBTOR

**Order Filed on March 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:                                      CASE NO. 15-23470

KELLY A. DIMATTEO AND
GAETANO M. DIMATTEO                         CHAPTER 13

                                            JUDGE POSLUSNY


ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

THE RELIEF SET FORTH ON THE FOLLOWING PAGES, NUMBERED TWO (2)
THROUGH _____ IS HEREBY ORDERED.


**DATED: March 27, 2017**                   _____
                                            Honorable Jerrold N. Poslusny, Jr.
                                            United States Bankruptcy Court

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered and no objections having been raised, it is:

    ORDERED that Daniel McCcormack , Esq., the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

    __X__   throught the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

    The debtor's monthly plan is modified to require a payment of $367.22 per month for 40 months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Kelly A. DiMatteo
Geatano M. DiMatteo
    Debtors

Case No. 15-23470-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2017
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
db/jdb        +Kelly A. DiMatteo,    Geatano M. DiMatteo,    1129 Jefferson Ave.,    Bellmawr, NJ 08031-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:
        Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
         U.S. Bank NA, successor trustee bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
        Daniel McCormack    on behalf of Joint Debtor Geatano M. DiMatteo d.mccormacklaw@verizon.net
        Daniel McCormack    on behalf of Debtor Kelly A. DiMatteo d.mccormacklaw@verizon.net
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
                                                                                                                            TOTAL: 6