| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 200596<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates,WMALT Series 2007-OC1 | Order Filed on October 6, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Kelly A. DiMatteo and Geatano M. DiMatteo | Case No.: 15-23470-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER FOR APPROVAL OF LOAN MODIFICATION

The relief set forth following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 6, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the Motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OC1 by their attorney, Andrew M. Lubin, Esquire, requesting the entry of an Order for Approval of Loan Modification, notice being given to all necessary parties and sufficient cause having been shown therefore, it is hereby **ORDERED** that:

1. The mortgage modification between Debtors, Kelly DiMatteo and Gaetano M. DiMatteo, and Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OC1 (hereinafter, Secured Creditor) is approved.

2. In the event that the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its proof of claim or withdraw the claim within thirty days of the entry of this Order.

3. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor immediately, if any, and all money that would otherwise be paid to Secured Creditor, be held until the arrearage portion of the claim is amended or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

4. In the event that the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor.

5. The Trustee may disburse the funds being held pursuant to the Order to other creditors in accordance with the provisions of the modified plan when confirmed.

6. A Modified Chapter 13 Plan and Amended Schedules I and J shall be filed by Debtors within twenty (20) days from the date of this Order.