| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 200596<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates,WMALT Series 2007-OC1 | |
| In Re:<br><br>Kelly A. DiMatteo and Geatano M. DiMatteo | Case No.: 15-23470-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |

Order Filed on October 6, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

### ORDER FOR APPROVAL OF LOAN MODIFICATION

The relief set forth following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 6, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the Motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OC1 by their attorney, Andrew M. Lubin, Esquire, requesting the entry of an Order for Approval of Loan Modification, notice being given to all necessary parties and sufficient cause having been shown therefore, it is hereby **ORDERED** that:

1. The mortgage modification between Debtors, Kelly DiMatteo and Gaetano M. DiMatteo, and Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OC1 (hereinafter, Secured Creditor) is approved.

2. In the event that the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its proof of claim or withdraw the claim within thirty days of the entry of this Order.

3. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor immediately, if any, and all money that would otherwise be paid to Secured Creditor, be held until the arrearage portion of the claim is amended or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

4. In the event that the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor.

5. The Trustee may disburse the funds being held pursuant to the Order to other creditors in accordance with the provisions of the modified plan when confirmed.

6. A Modified Chapter 13 Plan and Amended Schedules I and J shall be filed by Debtors within twenty (20) days from the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Kelly A. DiMatteo  
Geatano M. DiMatteo  
    Debtors

Case No. 15-23470-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 1    Date Rcvd: Oct 06, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.  
db/jdb      +Kelly A. DiMatteo,   Geatano M. DiMatteo,   1129 Jefferson Ave.,   Bellmawr, NJ 08031-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2017 at the address(es) listed below:

        Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Andrew M. Lubin   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates,WMALT bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Daniel McCormack   on behalf of Joint Debtor Geatano M. DiMatteo d.mccormacklaw@verizon.net  
        Daniel McCormack   on behalf of Debtor Kelly A. DiMatteo d.mccormacklaw@verizon.net  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
                                                                                                                                                                                                 TOTAL: 7