Exhibit to Debtors Certification in Opposition to Trustee's Certification of Default

