## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 15-23470 |
|--------|-----------|----------|
| Kelly and Geatano DiMatteo | Hearing Date: | |
| | Chapter: | 13 |
| | Judge: | JNP |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ Jerrold N. Poslusny Jr. _____,
United States Bankruptcy Judge.

**Reason for Hearing:**    Objection to trustee's certification of default
_____

**Location of Hearing:**    Courtroom No. __4C__
400 Cooper Street
Camden, NJ 08101
_____

**Date and Time:**    3/16/2018 at 10:00am _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒ **ARE REQUIRED**    ☐ **ARE NOT REQUIRED**

DATE: February 14, 2018 _____

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan _____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ February 14 _____, 20 18 this notice was served on the
following:

Debtor(s)
Debtor(s) Attorney, if any
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan _____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 15-23470-JNP
Kelly A. DiMatteo                                                           Chapter 13
Geatano M. DiMatteo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Feb 14, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db/jdb        +Kelly A. DiMatteo,    Geatano M. DiMatteo,    1129 Jefferson Ave.,    Bellmawr, NJ 08031-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002a(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank NA, successor trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates,WMALT bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Daniel McCormack    on behalf of Joint Debtor Geatano M. DiMatteo d.mccormacklaw@verizon.net
              Daniel McCormack    on behalf of Debtor Kelly A. DiMatteo d.mccormacklaw@verizon.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
                                                                                          TOTAL: 7