UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DANIEL MCCORMACK, ESQ.
403 SOUTH WHITE HORSE PIKE
AUDUBON, NJ 08106
856-546-3999
DM2063
ATTORNEY FOR DEBTOR(S)

**Order Filed on March 27, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

KELLY A. DIMATTEO AND GAETANO M. DIMATTEO

Case No.: 15-23470

Chapter: 13

Judge: POSLUSNY

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____DANIEL MCCORMACK, ESQ._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400.00_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____383.09_____ per month for _____28_____ months to allow for payment of the above fee.

*rev.8/1/15*