Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–23470–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kelly A. DiMatteo
1129 Jefferson Ave.
Bellmawr, NJ 08031

Geatano M. DiMatteo
1129 Jefferson Ave.
Bellmawr, NJ 08031

Social Security No.:
xxx–xx–9441

xxx–xx–2623

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          February 21, 2020
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*63* – Certification in Opposition to (related document:62 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/27/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Daniel McCormack on behalf of Kelly A. DiMatteo. (Attachments: # 1 Exhibit # 2 Certificate of Service) (McCormack, Daniel)

and transact such other business as may properly come before the meeting.

Dated: January 22, 2020
JAN: jpl

                                                                Jeanne Naughton
                                                                Clerk