UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

DANIEL MCCORMACK, ESQ,
403 SOUTH WHITE HORSE PIKE
AUDUBON, NJ 08106
(856) 546-3999
DM2063
ATTORNEY FOR DEBTOR

IN RE:                                              CASE NO. 15-23470

KELLY A. DIMATTEO AND
GAETANO M. DIMATTEO                                 CHAPTER 13

                                                    JUDGE POSLUSNY

ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

THE RELIEF SET FORTH ON THE FOLLOWING PAGES, NUMBERED TWO (2) THROUGH _____ IS HEREBY ORDERED.

DATED: March 25, 2020

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered and no objections having been raised, it is:

ORDERED that Daniel McCcormack , Esq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

__X__   throught the Chapter 13 plan as an administrative priority.

_____   outside the plan.

The debtor's monthly plan is modified to require a payment of $531.24 per month for 3 months to allow for payment of the aforesaid fee.