UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

DANIEL MCCORMACK, ESQ,
403 SOUTH WHITE HORSE PIKE
AUDUBON, NJ 08106
(856) 546-3999
DM2063
ATTORNEY FOR DEBTOR

IN RE:

KELLY A. DIMATTEO AND
GAETANO M. DIMATTEO

CASE NO. 15-23470

CHAPTER 13

JUDGE POSLUSNY

ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

THE RELIEF SET FORTH ON THE FOLLOWING PAGES, NUMBERED TWO (2)
THROUGH _____ IS HEREBY ORDERED.

DATED: March 25, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered and no objections having been raised, it is:

ORDERED that Daniel McCcormack , Esq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance shall be payable:

__X__   throught the Chapter 13 plan as an administrative priority.

_____   outside the plan.

The debtor's monthly plan is modified to require a payment of $531.24  per month for 3 months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-23470-JNP
Kelly A. DiMatteo                                               Chapter 13
Geatano M. DiMatteo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin          Page 1 of 1           Date Rcvd: Mar 25, 2020
                            Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb          +Kelly A. DiMatteo,   Geatano M. DiMatteo,   1129 Jefferson Ave.,   Bellmawr, NJ 08031-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
           Mutual Mortgage Pass-Through Certificates,WMALT bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank NA, successor trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Daniel  McCormack    on behalf of Joint Debtor Geatano M. DiMatteo d.mccormacklaw@verizon.net
          Daniel  McCormack    on behalf of Debtor Kelly A. DiMatteo d.mccormacklaw@verizon.net
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Sindi  Mncina    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, smncina@rascrane.com
                                                                              TOTAL: 8